David J. Lujan, Esq.
**LUJAN & WOLFF, LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagatna, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

**Mark S. Smith, Esq.**
**LAW OFFICES OF MARK S. SMITH**
816 North Marine Corps Drive, Floor 2
Tamuning, Guam 96913
Telephone: (671) 477-6631
Facsimile: (671) 477-8831
Email markshawnsmith@hotmail.com

*Attorneys for Plaintiff*
*South Pacific Petroleum Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SOUTH PACIFIC PETROLEUM CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MB GUAM, INC., BRIAN Y. SUHR, MICHAEL S. HAHM, WOO JONG KIM, GI TAE KIM, ROBERTO DALALO, SOON JA CHOI, TERRY C. LEE, JAEHA SHIN, BYONG SIK SOH, YOONGKI INDUSTRY CO., LTD., CHANG ROK SOH, PARADISE FUND I, L.P., AND DOES 1-100.,<br><br>Defendants. | CIVIL CASE NO. 15-00042<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

COMES NOW, Plaintiff South Pacific Petroleum Corporation ("SPPC"), through counsel, Lujan & Wolff, LLP, by David J. Lujan, Esq., and hereby dismisses the above-entitled

- 1 -

action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as no Defendant in this action has filed an answer or a motion for summary judgment.

Dated this 4th day of September, 2018.

**LUJAN & WOLFF, LLP**

By: _____/s/_____
**DAVID J. LUJAN, ESQ.**